No. 728, Misc. SANSONE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *David du Vivier* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 769, Misc. STOKES *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied.

No. 770, Misc. RICHARDSON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 789, Misc. DAVIS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 792, Misc. STELLOH *v.* WISCONSIN. Supreme Court of Wisconsin. Certiorari denied.

No. 796, Misc. LEGG *v.* UNITED BENEFIT LIFE INSURANCE Co. Supreme Court of California. Certiorari denied.

No. 797, Misc. TUNE *v.* NEW JERSEY. C. A. 3d Cir. Certiorari denied. *Edward J. Gilhooly* and *Charles Danzig* for petitioner.

No. 799, Misc. CORBIN *v.* GEORGIA. Supreme Court of Georgia. Certiorari denied. *Paul James Maxwell* for petitioner.

No. 741, Misc. CLOSE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.